ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:   (707) 542-5050
Facsimile:    (707) 542-2589

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No. CV 07 6234 JL |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Vs. | |
| MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust of 2003, dba RENEE'S CAFÉ, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that defendants MARLENE WITHINGTON, and CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust of 2003, dba RENEE'S CAFÉ, may have until March 31, 2008, to respond to the Complaint on file herein. It is the belief of all parties that in the interest of reaching settlement, the time for responding to the Complaint on file herein should be extended.

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that all parties and counsel may have until May 19, 2008 to hold a joint inspection

///

///

///

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

of the premises in question, RENEE'S CAFÉ.

Dated: January 28 2008

By: _____
JASON K. SINGLETON
Attorney for Plaintiff

Dated: January 28, 2008

By: _____
JENNIFER M. MILLIER
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
JAMES LARSON, Magistrate Judge