ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:   (707) 542-5050
Facsimile:   (707) 542-2589

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust of 2003, dba RENEE'S CAFÉ, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants.<br>_____ / | Case No. 3:07-cv-06234-JL<br><br>**NOTICE OF ENTRY OF ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

PLEASE TAKE NOTICE that on January 30, 2008, the Honorable James Larson granted Defendants' Stipulation For Extension of Time to Respond to Complaint. A true and correct copy of said order is attached as Exhibit "A" hereto.

Dated: January 31, 2008　　　　　　ABBEY, WEITZENBERG, WARREN & EMERY

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　David W. Berry
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

-1-
Notice of Entry of Order

1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   DAVID W. BERRY, SBN 180995
2  JENNIFER M. MILLIER, SBN 253814
   P.O. Box 1566
3  Santa Rosa, CA 95402-1566
   Telephone:  (707) 542-5050
4  Facsimile:  (707) 542-2589

5  ATTORNEYS FOR DEFENDANTS

6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA

10 HERBERT S. OLSON,                    Case No. CV 07 6234 JL
11        Plaintiff,                    STIPULATION FOR EXTENSION OF
                                        TIME TO RESPOND TO COMPLAINT
12 Vs.
13 MARLENE WITHINGTON, CYNTHIA R.
   PARLEE, Trustee of the Cynthia R. Parlee
14 Revocable Trust of 2003, dba RENEE'S
   CAFÉ, and DOES ONE to FIFTY, inclusive,
15
          Defendants.
16 _____/

17
18       IT IS HEREBY STIPULATED by and between the parties, through their respective
19 counsel, that defendants MARLENE WITHINGTON, and CYNTHIA R. PARLEE,
20 Trustee of the Cynthia R. Parlee Revocable Trust of 2003, dba RENEE'S CAFÉ, may
21 have until March 31, 2008, to respond to the Complaint on file herein. It is the belief of
22 all parties that in the interest of reaching settlement, the time for responding to the Complaint
23 on file herein should be extended.
24       IT IS FURTHER STIPULATED by and between the parties, through their respective
25 counsel, that all parties and counsel may have until May 19, 2008 to hold a joint inspection
26 ///
27 ///
28 ///

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT


EXHIBIT "A"

1  of the premises in question, RENEE'S CAFÉ.

2  Dated: January 28 2008                    Dated: January 28, 2008

5  By: _____              By: _____
       JASON K. SINGLETON                           JENNIFER M. MILLER
       Attorney for Plaintiff                      Attorney for Defendants

**IT IS SO ORDERED.**

Dated: ___January 30___, 2008             _____
                                           JAMES LARSON, Magistrate Judge

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**PROOF OF SERVICE**
**[Code Civ. Proc. § 1013(a)]**

I am employed in the County of Sonoma, California.

I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401. On the date set out below, I served the attached:

**Notice of Entry of Order Regarding Extension of Time to Respond to Complaint**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Jason K. Singleton | Counsel for Plaintiff |
| Richard E. Grabowski | Herbert S. Olson |
| SINGLETON LAW GROUP | |
| 611 "L" Street, Ste. A | Telephone: (707) 441-1177 |
| Eureka, CA 95501 | Facsimile: (707) 441-1533 |

__XX__    (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

_____    (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

_____    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

_____    (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

_____    (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 31, 2008, in Santa Rosa, California.

_____
Linda Martinez

PROOF OF SERVICE