**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, HERBERT S. OLSON**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>　　　　Plaintiff,<br>v.<br><br>MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants. | Case No. C-07-6234 JL<br><br>**NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS** |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

   JASON K. SINGLETON       jason@singletonlawgroup.com

   RICHARD E. GRABOWSKI    rgrabowski@mckinleyville.net

                               **SINGLETON LAW GROUP**

Dated:    February 15, 2008             　/s/ Jason K. Singleton　
                                       Jason K. Singleton,
                                       Richard E. Grabowski, Attorneys for
                                       Plaintiff, **HERBERT S. OLSON**

Notice of change of attorney email address         1                    C-07-6234 JL