ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:  (707) 542-5050
Facsimile:  (707) 542-2589

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No. CV 07 6234 JL |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Vs. | |
| MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust of 2003, dba RENEE'S CAFÉ, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that defendants MARLENE WITHINGTON, and CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust of 2003, dba RENEE'S CAFÉ, may have until April 4, 2008, to respond to the Complaint on file herein. It appears that settlement is imminent and, if the Court extends the time for responding to the Complaint on file herein by four weeks, the matter should be settled by that time.

///

///

///

Dated: March 26, 2008

By: /s/ *signature*
JASON K. SINGLETON
Attorney for Plaintiff

Dated: March 26, 2008

By: /s/ *signature*
JENNIFER M. MILLIER
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: April 3, 2008

/s/ *signature*
JAMES LARSON, Magistrate Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589