**JASON K. SINGLETON, State Bar #166170**
**jason@singletonlawgroup.com**
**RICHARD E. GRABOWSKI, State Bar #236207**
**rgrabowski@mckinleyville.net**
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**

**Attorney for Plaintiff, HERBERT S. OLSON**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HERBERT S. OLSON,**<br><br>**Plaintiff,**<br>**v.**<br><br>**MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ, and DOES ONE to FIFTY, inclusive,**<br><br>**Defendants.** | **Case No. C-07-6234 JL**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

Plaintiff **HERBERT S. OLSON** and Defendants **MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 11, 2007

/s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **HERBERT S. OLSON**

**ABBEY, WEITZENBERG, WARREN & EMERY PC**

Dated: April 11, 2007

/s/ David Berry
David Berry, Attorney for Defendants
**MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action Olson vs. Withington, et al., Case Number C-07-6234 JL, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: ______________________

________________________________
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE