1  **JASON K. SINGLETON**, State Bar #166170
   jason@singletonlawgroup.com
2  **RICHARD E. GRABOWSKI**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5
6  Attorney for Plaintiff, HERBERT S. OLSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | ) Case No. C-07-6234 JL |
| Plaintiff, | ) |
| v. | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE AND (Proposed) ORDER |
| MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ, and DOES ONE to FIFTY, inclusive, | ) |
| Defendants. | ) |

Plaintiff **HERBERT S. OLSON** and Defendants **MARLENE WITHINGTON, CYNTHIA R. PARLEE**, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

STIPULATION AND ORDER OF DISMISSAL              1              C-07-6234 JL

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 11, 2007    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **HERBERT S. OLSON**

**ABBEY, WEITZENBERG, WARREN & EMERY PC**

Dated: April 11, 2007    /s/ David Berry
David Berry, Attorney for Defendants
**MARLENE WITHINGTON, CYNTHIA R. PARLEE, Trustee of the Cynthia R. Parlee Revocable Trust 0f 2003, dba RENEÉ'S CAFÉ**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Olson vs. Withington, et al.</u>, Case Number C-07-6234 JL, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: April 16, 2008

JAMES LARSON
UNITED STATES MAGISTRATE JUDGE